Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Randall Goza

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>RANDALL GOZA,<br><br>     Defendant. | No. 4:15-cr-22-RRB<br><br>**DEFENDANT'S NOTICE OF**<br>**INTENT TO CHANGE PLEA** |

    Comes now defendant, Randall Goza, by and through counsel, Ingaldson Fitzgerald, P.C., and gives notice of his intent to change his plea to Count 2 of the Information, pursuant to a Plea Agreement. Count 1 will be dismissed at sentencing. The Plea Agreement is in the process of being signed.

    The parties request a consolidated change of plea/imposition of sentencing for the last week of December, 2015.

USA v. Randall Goza
No. 4:15-cr-22-RRB
Defendant's Notice

Dated at Anchorage, Alaska December 4, 2015.

INGALDSON FITZGERALD, P.C.
Attorneys for Defendant
Randall Goza


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 12-4-15,
a copy of the foregoing Notice
was served electronically on:

Steven E. Skrocki, AUSA

s/Kevin T. Fitzgerald
F:\W\3482.001\Pleading\Defendant's Notice of Intent to Change Plea.doc

INGALDSON
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Randall Goza
No. 4:15-cr-22-RRB
Defendant's Notice